QUIÑONES, DEMANDANTE Y APELANTE, *v.* VIVONI, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en un caso sobre cobro de un pagaré.

No. 1101.—Resuelto en mayo 22, 1914.

FIADORES—PRINCIPALES PAGADORES—ACCIÓN EJERCITADA POR EL ACREEDOR CONTRA EL DEUDOR DIRECTO Y DESISTIMIENTO DE LA MISMA—ACCIÓN CONTRA UNO DE LOS FIADORES Y DEUDORES SOLIDARIOS.—Resuelto este caso y revocada la sentencia apelada por los fundamentos de la opinión emitida en el caso No. 1100, *Quiñones* v. *Vivoni,* resuelto en mayo 22, 1914.

Los hechos están expresados en la opinión anterior.
Abogado del apelante: *Sr. José Benet.*
Abogado del apelado: *Sr. José de Diego.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Los hechos esenciales de este caso son enteramente iguales a los del caso No. 1100, que acaba de fallarse, diferenciándose únicamente dichos casos, en las cantidades y pagos. Por tanto, tendrá que dictarse sentencia de conformidad con la dictada en el caso No. 1100, por la suma de trescientos nueve dólares, con intereses sobre la misma a razón de uno

por ciento a partir del día 9 de noviembre, 1912, con costas y desembolsos ·

> *Revocada la sentencia apelada y condenado el demandado a pagar al demandante la cantidad de $309 con intereses, costas y desembolsos.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro y Aldrey.

El Juez Asociado Sr. Hutchison no formó parte del tribunal en la vista de este caso.

En este caso se presentó moción de reconsideración en junio 3, 1914.